UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DWIGHT H. GREEN,            )
                            )
    Plaintiff,              )
                            )
v.                          )      Case No. 2:09-cv-02246-WMA-HGD
                            )
DANNY LEE GARNETT, et al.,  )
                            )
    Defendants.             )

## MEMORANDUM OF OPINION

The magistrate judge filed a report on March 29, 2010, recommending that this action be dismissed for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Although the plaintiff was advised of his option to file specific written objections within fourteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed

pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

DONE this 30th day of April, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE